

United States District Court
Eastern District of California

JOHN COGER, COLLEEN COGER AND THE COGER INTER VIVOS TRUST DATED 03/01/02
Plaintiff(s)

V.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and DOES 1 TO 10 inclusive
Defendant(s)

Case Number: 2:23-cv-02985-TLN-CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mark L. Hanover hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Nationwide Agribusiness Insurance Company

On November 4, 1993 (date), I was admitted to practice and presently in good standing in the State Bar of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Within the E.D.Cal., I made one application within the past year: Fishell v. Nationwide Mut. Ins. Co., Case No. 2:23-cv-00027-DAD-DB, (E.D.Cal.). The application was filed and granted on Feb. 17, 2023.

Date: December 27, 2023         Signature of Applicant: /s/ Mark L. Hanover
                                                         Mark L. Hanover

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mark L. Hanover |
| Law Firm Name: | Dentons US LLP |
| Address: | 5900 Sears Tower |
| | 233 South Wacker Drive |
| City: | Chicago     State: IL     Zip: 60606-6404 |
| Phone Number w/Area Code: | (312) 876-3145 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | mark.hanover@dentons.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sonia Martin |
| Law Firm Name: | Dentons US LLP |
| Address: | 1999 Harrison Street, Suite 1300 |
| City: | Oakland     State: CA     Zip: 94612 |
| Phone Number w/Area Code: | (415) 882-5000     Bar # 191148 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 2, 2024          /s/ Carolyn K. Delaney US Magistrate Judge
                                JUDGE, U.S. DISTRICT COURT